Eva Marie PATTON, Administratrix of the Estate of John B. Patton, Deceased, and Eva Marie Patton, Trustee ad litem for Joan L. Patton, Charles J. Patton, Paul A. Patton, Alfred J. Patton and Mary E. Patton, minors, and for Eva Marie Patton, widow v. BALTIMORE & OHIO RAILROAD COMPANY, Appellant, and Duquesne Slag Products Company.

Nos. 11289, 11290, 11307–11309.

United States Court of Appeals
Third Circuit.

Argued June 7, 1954.

Decided June 30, 1954.

Marvin D. Power, Pittsburgh, Pa. (E. H. Burgess, John L. Rogers, Jr., Baltimore, Md., Margiotti & Casey, Pittsburgh, Pa., on the brief), for appellant Baltimore & O. R. Co.

Thomas Raeburn White, Jr., Philadelphia, Pa. (Thomas Raeburn White, White, Williams & Scott, Philadelphia, Pa., Prichard, Lawler, Malone & Geltz, Pittsburgh Pa., on the brief), for Duquesne.

James P. McArdle, Pittsburgh, Pa., for plaintiff Eva M. Patton.

Before BIGGS, Chief Judge, and GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

This is the second appeal in this case. Our earlier opinion is reported 3 Cir., 197 F.2d at page 732. That opinion sets out at length the nature of the problems presented. No useful purpose would be served here by a further statement of the facts. Upon remand a new trial was granted and a judgment was rendered in favor of the plaintiff against the defendant, B. & O., and a judgment was rendered in favor of Duquesne, the third-party defendant, and against B. & O., D. C., 120 F.Supp. 659. No substantial new problem is presented by the second trial. A careful examination of the record and consideration of the briefs and of the oral argument of the parties convince us that the court below committed no reversible error. Accordingly, the judgments will be affirmed.

UNITED STATES of America,
Appellant,

v.

Ruth B. HOPPER et al., Appellees.

No. 11964.

United States Court of Appeals
Sixth Circuit.

April 28, 1954.

Warren E. Burger, Washington, D. C., John C. Crawford, Jr., Knoxville, Tenn., for appellant.

Spears, Reynolds, Moore & Rebman, Chattanooga, Tenn., for appellees.

Before MILLER, Circuit Judge, and GOURLEY and STARR, District Judges.

PER CURIAM.

This appeal was heard on the record, briefs and argument of counsel for the respective parties;

And the Court being of the opinion that the judgments of the District Court included in this consolidated appeal are not erroneous, for the reasons given by the District Judge in his Memorandum Opinion of July 31, 1952, 122 F.Supp. 181, on appellant's motion for summary judgment;

It Is Ordered That said judgments be and are now affirmed.